UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,       )<br>                              )<br>v.                            )<br>                              )<br>$75,030.00 IN UNITED STATES, )<br>CURRENCY,                     )<br>          Defendant,         )<br>_____ )<br>                              )<br>JOHNNY B. NUNEZ,              )<br>          Claimant.          ) | Civil Action<br>No. 07-10762-WGY |

NOTICE OF APPEARANCE

   NOW COMES Bruce Linson, and respectfully enters his appearance as counsel of record for Claimant Johnny B. Nunez, in the above-captioned matter.

                              Respectfully submitted,


                               /s/ Bruce Linson
                              Bruce Linson
                              BBO # 637413
                              Union Wharf
                              343 Commercial Street,
                              Suite 104
                              Boston, MA  02129
                              (617) 590-3362

DATED: March 13, 2008.

<u>CERTIFICATE OF SERVICE</u>

    I, Bruce Linson, hereby certify that I served a copy of the foregoing document on all parties of record in this matter via electronic filing, and via first class mail, postage prepaid, on this the 13th day of March 2008, to:

    AUSA Kristina E. Barclay
    U.S. Courthouse, Suite 9200
    1 Courthouse Way
    Boston, MA  02210

                                        */s/ Bruce Linson*
                                        Bruce Linson